UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | CR405-01-02 |
| KEVIN DAWAYNE PRESTON, | ) ) ) | |
| Defendant. | ) | |

### ORDER

In accordance with the Court's instructions at the arraignment in this case, pretrial motions are to be filed by the defendant within 10 days of the date of arraignment. The government shall have an additional 10 days to respond to defense motions and to file any motions of its own. In multiple defendant cases the government may file a joint response within 10 days after all defendants' motions have been filed.

Pretrial motions received by the Clerk outside the required period shall not be filed without leave of Court. Untimely motions will not be considered absent a showing of good cause for failure to file within the time set by the Court.

Counsel are instructed to file all requests to charge and proposed voir dire questions at least seven (7) days before jury selection.

SO ORDERED this 3rd day of May, 2005.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA     *

           vs.     *     CASE NO. CR405-1

Kevin Preston     *

     *

     *

The undersigned, a regularly appointed and qualified deputy in the office of this Clerk of this District, while conducting the business of the Court for said Division does hereby certify the following:

1. Pursuant to instructions from the court, and in the performance of my official duties, I personally placed in the U.S. Mail a sealed envelope bearing the lawful frank of the Court, and properly addressed to each of the persons, parties or attorneys listed below; and

2. That the aforementioned envelope(s) contain a copy of the documents known as Order dated 5/3/05, which is part of the official records of this case.

Date of Mailing: 5/3/05
Date of Certificate: 5/3/05

SCOTT L. POFF, CLERK

By: JGB

NAME:
1. Kevin Preston, 1448 Almand Dr., Conyers, GA 30094
2. Thomas Fleming, P.O. Box 9848, Savannah, GA 31412
3.
4.
5.
6.
7.

Cert/Copy
- ☐ ☐ District Judge
- ☐ ☒ Magistrate Judge
- ☐ ☐ Minutes
- ☐ ☐ U.S. Probation
- ☐ ☐ U.S. Marshal
- ☐ ☒ U.S. Attorney
- ☐ ☐ JAG Office

Cert/Copy
- ☐ ☐ Dept. of Justice
- ☐ ☐ Dept. of Public Safety
- ☐ ☐ Voter Registrar
- ☐ ☐ U.S. Court of Appeals
- ☐ ☐ Nicole/Debbie
- ☐ ☐ Ray Stalvey
- ☐ ☐ Cindy Reynolds